Gmail                                    **Sharon Smith <s.smith5683awy@gmail.com>**

## Fwd: Termination
2 messages

---

**Derek Hunt** <dhunt8082@gmail.com>                      Tue, May 18, 2021 at 5:08 PM
To: "sharon@joeldillard.com" <sharon@joeldillard.com>

---------- Forwarded message ---------
From: **Derek Hunt** <dhunt8082@gmail.com>
Date: Wed, Jul 31, 2019 at 2:12 AM
Subject: Re: Termination
To: Corey, Leslie <lcorey@hrm.msstate.edu>

On Fri, Jul 26, 2019 at 1:13 PM Derek Hunt <dhunt8082@gmail.com> wrote:
> I find it very disappointing, that I have been lead on, an fooled into thinking
> That u have been tryin to help me, it's very unprofessional for u to have lied to me an tell me u see where I have an
> interview as a cheesemaker, knowing the hole time my name never came across their desk, are any other positions I
> applied for at state, all I wanted was a fair an honest chance, to get back home. Do u realize that I was denied donated
> leave time, in 2015 when I was 3 hours short, for being in hospital, with 22 stitches, when I asked Wayne about it he
> said I couldn't get it, was my situation serious enough, I'd say so, because I sgined a form giveing the dr permission to
> give me blood, do u realize iv been charged 11 hours on an 8 hour day, an theirs more, all I'm asking is can we act like
> adults here, Can I have a chance for rehire. All I need is 3 more years,

> On Wed, Jul 17, 2019 at 4:27 PM Derek Hunt <dhunt8082@gmail.com> wrote:
>> Ok, thank you.

>> On Wed, Jul 17, 2019 at 4:15 PM Corey, Leslie <lcorey@hrm.msstate.edu> wrote:

>>> Derek,

>>> You can review your personnel file and Leslie Bolton can assist you with that. Her number is 325-3713 if you want
>>> to call and schedule at time to come by and review your file.

>>> Her office is in McArthur Hall.

>>> Leslie

>>> **From:** Derek Hunt <dhunt8082@gmail.com>
>>> **Sent:** Wednesday, July 17, 2019 4:02 PM
>>> **To:** Corey, Leslie <lcorey@hrm.msstate.edu>
>>> **Subject:** Re: Termination

>>> When can I see my personal records an get a copy,

>>> On Wed, Jul 17, 2019 at 3:24 PM Corey, Leslie <lcorey@hrm.msstate.edu> wrote:

Hi Derek,

You are not marked in the system as not eligible for rehire. I saw that you had an interview for the Cheesemaker position. Please continue to watch the employment site for opportunities.

Leslie

**From:** Derek Hunt <dhunt8082@gmail.com>
**Sent:** Wednesday, July 17, 2019 11:46 AM
**To:** Corey, Leslie <lcorey@hrm.msstate.edu>
**Subject:** Re: Termination

Mrs Lesley, I it seems that their is some kind of block, are a red flag of some sort, I'm being turnd down faster than I can apply, an is their any way I can have a copy are at least view my file.

On Tue, Jul 9, 2019 at 2:08 PM Corey, Leslie <lcorey@hrm.msstate.edu> wrote:

> Hi Derek,
>
> The Building Maintenance Tech II position is posted for internal applicants. You are welcome to apply for any position that is not for internal applicants.
>
> Leslie
>
> **From:** Derek Hunt <dhunt8082@gmail.com>
> **Sent:** Tuesday, July 9, 2019 1:35 PM
> **To:** Corey, Leslie <lcorey@hrm.msstate.edu>
> **Subject:** Re: Termination
>
> Hello, mrs Lesley, would it be to much to ask if I could apply for my job that has come open, I really miss my job, every day that goes by I miss it more an more, could this be taken in consideration, pretty please.
>
> On Fri, Jun 28, 2019 at 9:40 AM Corey, Leslie <lcorey@hrm.msstate.edu> wrote:
>
>> Mr. Hunt,
>>
>> You can apply for any open job on campus.
>>
>> Thank you,
>>
>> Leslie

**From:** Derek Hunt <dhunt8082@gmail.com>
**Sent:** Thursday, June 27, 2019 11:42 AM
**To:** Corey, Leslie <lcorey@hrm.msstate.edu>
**Subject:** Re: Termination

Mrs. Lesley I'm sorry to bother u, but I have a complaint, I lost my job due to absence, theirs a guy named Doug dumas, on the hevey equipment qrew they were having the same problems with, When he was confronted about this he threw his keys on the desk an said he quit, an walked out, 2weeks later he's back at work, now Doug is a good friend of mine, I don't want to cause any trouble for him, are anyone else,his Forman says sometime he never knows if Doug is comein in are not, this is sometimes why I'm helping them pour concrete,this just isn't right, an I'm sorry your being brothered by this hole deal that I wished had never happen, but my job is the biggest thing in my life, doesn't a person have the right to fight for their job, is their not an adviser I could talk with, can I reapply for my job, can someone talk with Tommy, i just feel like he is against me, please.

On Wed, Jun 26, 2019 at 11:05 AM Corey, Leslie <lcorey@hrm.msstate.edu> wrote:

Thank you, Derek. Have a good day.

**From:** Derek Hunt <dhunt8082@gmail.com>
**Sent:** Wednesday, June 26, 2019 10:57 AM
**To:** Corey, Leslie <lcorey@hrm.msstate.edu>
**Subject:** Re: Termination

Good morning mrs, Corey, I would like to thank u an mrs tuck for allowing me to resign. It has given me a since of easement, it's helped free my mind an heal my hart, an for that i thank u both, it's been an honor to receive my 15th an 20th year certificate, at Mississippi state, it would be a blessing an a dream come true to receive my 25th, I hope u have a wonderful day.

On Tue, Jun 25, 2019 at 8:28 AM Derek Hunt <dhunt8082@gmail.com> wrote:

On Mon, Jun 24, 2019 at 4:03 PM Corey, Leslie <lcorey@hrm.msstate.edu> wrote:

Mr. Hunt,

Amy Tuck forwarded me your email to her to respond. Because of a continued violation of the departmental/university time and attendance policy over a number of years, (HRM policy 60.401), the University will not be able to allow you to continue your employment. We will, however, allow you to resign your position rather than be terminated. By resigning, you will be allowed to apply for other jobs at the University in the future. Please let me know as soon as possible if you would like to resign rather than continue as terminated.

Thank you,

Leslie

Leslie M. Corey, PHR-CP

Senior Human Resources Generalist

Box 9603

Ms. State, MS  39762

Phone: 662-325-2228 Fax: 662-325-8395

lcorey@hrm.msstate.edu

---

**Derek Hunt** <dhunt8082@gmail.com>                                            Tue, May 18, 2021 at 5:11 PM
To: "sharon@joeldillard.com" <sharon@joeldillard.com>

[Quoted text hidden]