

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**NORTHERN DISTRICT OF MISSISSIPPI**

**DAVID CREWS**
**CLERK**

203 Gilmore Drive
Amory, MS  38821

Telephone:  (662) 369-4952

911 Jackson Avenue, Suite 369
Oxford, MS   38655
Telephone: (662) 234-1971

305 Main Street, Suite 329
Post Office Box 190
Greenville, MS   38701

July 23, 2021

Derek Hunt

v.                                                        Case No. 1:21cv101-MPM-RP

Mississippi State University

   **PLEASE TAKE NOTICE** that the court file does not show that a summons has been
served on the following party(ies):

             Mississippi State University

                                     DAVID CREWS, CLERK

                          By:     s/ Jennifer L. Adams
                                   Deputy Clerk/Case Manager